# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>OSCAR EDUARDO HUERTA (1),<br><br>                Defendant. | CASE NO. 12cr5212 BTM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in case FǦ´ã€GǦFËÑÚRÁagainst the defendant á^äÁthe Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

    21:841 and 846 - Possession of Marijuana for Distribution and

    Conspiracy to Posses Marijuana with Intent to Distribute

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/22/2013

                                                        Barbara L. Major
                                                        U.S. Magistrate Judge